# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE GARCIA, | CASE NO. 1:10-cv-730-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR LIBRARY ACCESS |
| v. | |
| A. JOAQUIN, et al., | (ECF Nos. 14 & 25) |
| Defendants. | |

Plaintiff Vicente Garcia, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2010, the Magistrate Judge filed a Findings0 and Recommendation recommending that Plaintiff's Motion for Library Access be denied. (ECF No. 25.) Plaintiff filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed October 7, 2010, is adopted in full;
2. Plaintiff's Motion for Law Library Access (ECF No. 14) is DENIED.

IT IS SO ORDERED.

Dated:   December 10, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

1