1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

VICENTE GARCIA,                          CASE NO.    1:10-cv-730-AWI-MJS (PC)

                  Plaintiff,      ORDER   DENYING   MOTION   FOR
                             PERMISSIVE JOINDER

    v.

JOAQUIN, et al.,                         (ECF No. 29)

                Defendants.

_____/

      Plaintiff Vicente Garcia ("Plaintiff") is a state prisoner proceeding pro se and in

forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court

is Plaintiff's Motion for Permissive Joinder seeking to combine this action with one pending

before the Sacramento Division of the Court.  (ECF No. 29.)

      Federal Rule of Civil Procedure 20(a)(2)(B) allows for joinder of defendants if there

is "any question of law or fact common to all defendants."  Though both of Plaintiff's actions

involve the common question of whether the prisons' treatment of his diabetes was

constitutionally sufficient, each action has different defendants and revolves around the

care provided at different facilities.  "[T]he mere fact that ... claims arise under the same

general law does not necessarily establish a common question of law or fact." Coughlin v.

Rogers, 130 F.3d 1348, 1351 (9th Cir. 1997).   "Where claims require significant 'individualized attention,' they do not involve 'common questions of law or fact.'" Coalition For A Sustainable Delta v. U.S. Fish & Wildlife Serv., 2009 WL 3857417, at *7 (E.D. Cal. Nov. 17, 2009) (quoting Coughlin, 130 F.3d at 1351).  In this case, Plaintiff's claims require individualized attention because they involve an analysis of whether the care provided by different defendants at two different facilities met constitutional standards.  Though the relevant legal standard may be the same for both cases, the facts underlying each case and the defendants involved in each case are completely separate.  As such, it does not appear joinder is appropriate.

Accordingly, Plaintiff's Motion for Permissive Joinder is DENIED.


IT IS SO ORDERED.

Dated:    April 20, 2011          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE