# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. JOAQUIN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.　1:10-cv-730-AWI-MJS (PC)<br><br>ORDER DENYING MOTIONS TO SHORTEN TIME AND FOR JUDGMENT<br><br>(ECF Nos. 36 and 37) |

　　　　Plaintiff Vincente Garcia ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff initiated this action on April 27, 2010. (ECF No. 1.) Plaintiff filed an Amended Complaint on August 2, 2010. (ECF No. 13.) The Court has yet to screen Plaintiff's Amended Complaint.

　　　　Plaintiff filed a Motion for a Temporary Restraining Order on April 27, 2010. (ECF No. 4.) Plaintiff also filed a Motion for an Injunction and Temporary Restraining Order on June 24, 2010. (ECF No. 12.) The Court issued a Findings and Recommendations, on February 18, 2011, recommending denial of Plaintiff's Motions for Temporary Restraining Orders and for a Preliminary Injunction. (ECF No. 28.) Plaintiff filed Objections to the Findings and Recommendation on March 30, 2011. (ECF No. 31.) The Findings and Recommendations were adopted in full on September 12, 2011. (ECF No. 38.)

　　　　On July 15, 2011, Plaintiff filed a "Motion to Shorten Time," in which Plaintiff asks for the Court issue a ruling on his motion for a Temporary Restraining Order and

1 | Preliminary Injunction, filed on March 23, 2011. (ECF No. 36.) On August 12, 2011,
2 | Plaintiff filed a "Motion to Judgment," in which he asks for judgment on a Temporary
3 | Restraining Order and Preliminary Injunction, filed on March 23, 2011. (ECF No. 37.) The
4 | Court does not have a record of any Motion for a Temporary Restraining Order and/or
5 | Preliminary Injunction filed on March 23, 2011. It does not appear that Plaintiff is referring
6 | to his previously filed motions for injunctive relief filed on April 27, 2010 (ECF No. 4) and
7 | June 24, 2010 (ECF No. 12).

8 |     Accordingly, Plaintiff's Motion to Shorten Time (ECF No. 36) and Motion to
9 | Judgment (ECF No. 37) are DENIED.

11 | IT IS SO ORDERED.
12 | Dated:   September 27, 2011         /s/ *Michael J. Seng*
13 |                                               UNITED STATES MAGISTRATE JUDGE