| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| VINCENTE GARCIA, | 1:10-cv-0730-AWI-MJS (PC) |
| Plaintiff, | |
| v. | VOLUNTARY DISMISSAL OF ACTION |
| A. JOAQUIN, et al., | (ECF No. 54) |
| Defendants. | CLERK SHALL CLOSE CASE |

Plaintiff Vincente Garcia ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated April 27, 2010.  (ECF No. 1.)  On December 23, 2011, Plaintiff filed a letter with the Court, asking that his Complaint be voluntarily dismissed. (ECF No. 54.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.  Plaintiff's letter is interpreted as a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

///

///

1 | The Clerk shall CLOSE this case.

4 | IT IS SO ORDERED.

5 | Dated: January 4, 2012                  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE