1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE GARCIA, | 1:10-cv-0730-AWI-MJS (PC) |
|       Plaintiff, | |
| | VOLUNTARY DISMISSAL OF ACTION |
|   v. | |
| A. JOAQUIN, et al., | (ECF No. 54) |
|       Defendants. | |
| | CLERK SHALL CLOSE CASE |
| _____/ | |

Plaintiff Vincente Garcia ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated April 27, 2010.  (ECF No. 1.)  On December 23, 2011, Plaintiff filed a letter with the Court, asking that his Complaint be voluntarily dismissed. (ECF No. 54.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.  Plaintiff's letter is interpreted as a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED without prejudice.

///
///

1      The Clerk shall CLOSE this case.

2

3

4   IT IS SO ORDERED.

5   Dated:    January 4, 2012          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28